UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bankr. Case No. 23-12562-MBK |
| Gail D. Aherne-Miller | Chapter 13 |
|     Debtor(s) | |

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>ACAR Leasing LTD d/b/a GM Financial Leasing
>PO Box 183853
>Arlington, TX  76096

By /s/ Lorenzo Nunez

>Lorenzo Nunez
>PO Box 183853
>Arlington, TX  76096
>877-203-5538
>877-259-6417
>Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 23-12562-MBK

Gail D. Aherne-Miller  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 20, 2023 :

Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

Albert Russo
CN 4853
Trenton, NJ 08650

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx91127 / 1071341