UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Gail D. Miller

Case No.: 23-12562 MBK

Chapter: 13

Hearing Date: 05/24/2023

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __04/24/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: __Chapter 13 Plan__.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 04/24/2023

/s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853,<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>Pnc Mortgage<br>Attn: Bankruptcy,<br>Po Box 8819,<br>Dayton, OH 45401<br><br>AmeriCredit/GM Financial<br>Attn: Bankruptcy,<br>Po Box 183853,<br>Arlington, TX 76096<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
|  | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.