UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Gail D. Aherne-Miller

Debtor(s)

Case No. 23-12562 / MBK

Hearing Date: May 24, 2023  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document (s):**

**Need a copy of the will of Marion Ahearne and any probate documents available.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is $205,142.00 in non exempt equity in the residence.**
**There is non exempt equity of $6,450 in the Nissan, $625 in the jewelry and $89,525 in the TD Bank account.**

**Need to file Pre-Confirmation Certification.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Erik Collazo, Staff Attorney