UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Gail D. Miller

Case No.: 23-12562 MBK

Chapter: 13

Hearing Date: 10/25/2023

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __09/22/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Modified Plan.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 09/22/2023                                    /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>JP Morgan Chase Bank<br>c/o Jenelle C. Arnold,<br>ALDRIDGE PITE, LLP,<br>8880 Rio San Diego Drive, Suite 725,<br>San Diego, CA 92108<br><br>JPMorgan Chase Bank, N.A. ,<br>c/o Mark A. Jarman,<br>P.O. Box 29550 Mail Code AZ2-0100,<br>Phoenix, AZ 85038<br><br>AmeriCredit/GM Financial<br>Attn: Bankruptcy,<br>Po Box 183853,<br>Arlington, TX 76096<br><br>Pnc Mortgage ,<br>Attn: Bankruptcy,<br>Po Box 8819,<br>Dayton, OH 45401 | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>     (as authorized by the court*) |
|  | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>     (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.