Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−12562−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail D. Aherne−Miller
   aka Gail Diane Miller, aka Gail D. Miller
   191 Silverside Ave
   Little Silver, NJ 07739

Social Security No.:
   xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/25/23
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 20, 2023
JAN: gan

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Gail D. Aherne-Miller  
    Debtor

Case No. 23-12562-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 20, 2023      Form ID: 132      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Aherne-Miller, 191 Silverside Ave, Little Silver, NJ 07739-1752 |
| 519875389 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 519875393 | + | LTD Financial Services, 3200 Wilcrest Ste 600, Houston, TX 77042-6000 |
| 519875396 | + | Robert M. Miller, 1627 Rt. 517, Suite 328, Hackettstown, NJ 07840-2718 |
| 519875398 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519884583 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 20:36:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519875383 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 20 2023 20:36:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519875382 | + | Email/Text: customercare@adminrecovery.com | Sep 20 2023 20:37:00 | Admin Recovery, LLC, 6225 Sheridan Drive, Ste 118, Buffalo, NY 14221-4800 |
| 519875384 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 20:36:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519875385 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519885405 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519875386 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 20 2023 20:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519875387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:45:32 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519875388 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 20 2023 20:37:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 519875390 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2023 20:36:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519924245 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 132 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 20 2023 20:45:33 | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29550 Mail Code AZ2-0100, Phoenix, AZ 85038 |
| 519922191 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 20 2023 20:36:00 | JPMorgan Chase Bank, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519875391 | ^ | MEBN | Sep 20 2023 20:25:46 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519875392 | + | Email/Text: bankruptcies@libertymutual.com | Sep 20 2023 20:37:00 | Liberty Mutual Insurance, PO Box 2051, Keene, NH 03431-7051 |
| 519911866 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519937566 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2023 20:37:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519875394 | + | Email/Text: bnc@nordstrom.com | Sep 21 2023 11:16:09 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519913037 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519875395 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519875397 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 20 2023 20:35:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 519875399 | | Email/Text: bankruptcy@td.com | Sep 20 2023 20:37:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519889097 | ^ | MEBN | Sep 20 2023 20:25:13 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519910279 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519896016 | *+ | ACAR Leasing Ltd. /d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Gail D. Aherne-Miller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5