| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>23-12562 MBK</u><br><br>Chapter: <u>     13          </u> |
| In Re:<br>Gail D. Miller | Judge: <u>MBK              </u> |

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    <u>        </u> represent the debtor in the above captioned matter.

    <u>   X   </u> am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

    <u>        </u> Am the <u>                        </u> in the above captioned matter and am representing myself.

2. On <u>    11/29/2023        </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>Chapter 13 Modified Plan          </u> <u>                                            </u>.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.


Dated: <u>11/29/2023  </u>                              <u>   /s/ Aubrey Domico     </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>PNC Mortgage,<br>Attn: Bankruptcy Dept.,<br>3232 Newmark Drive,<br>Miamisburg, OH 4534<br><br>JPMorgan Chase Bank, N.A. ,<br>c/o Mark A. Jarman,<br>P.O. Box 29550 Mail Code AZ2-0100,<br>Phoenix, AZ 85038<br><br>JP Morgan Chase Bank, NA<br>,c/o Jenelle C. Arnold,<br>ALDRIDGE PITE, LLP,<br>8880 Rio San Diego Drive, Suite 725,<br>San Diego, CA 92108<br><br>AmeriCredit/GM Financial<br>Attn: Bankruptcy,<br>Po Box 183853,<br>Arlington, TX 76096 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |
|  | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.