Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  23−12562−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail D. Aherne−Miller
   aka Gail Diane Miller, aka Gail D. Miller
   191 Silverside Ave
   Little Silver, NJ 07739

Social Security No.:
   xxx−xx−8069

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 11, 2024.

Dated: January 11, 2024
JAN: dmi

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gail D. Aherne-Miller  
    Debtor

Case No. 23-12562-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 11, 2024     Form ID: plncf13     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Aherne-Miller, 191 Silverside Ave, Little Silver, NJ 07739-1752 |
| 519875393 | + | LTD Financial Services, 3200 Wilcrest Ste 600, Houston, TX 77042-6000 |
| 519875396 | + | Robert M. Miller, 1627 Rt. 517, Suite 328, Hackettstown, NJ 07840-2718 |
| 519875398 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519884583 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 20:42:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519875383 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 11 2024 20:42:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519875382 | + | Email/Text: customercare@adminrecovery.com | Jan 11 2024 20:42:00 | Admin Recovery, LLC, 6225 Sheridan Drive, Ste 118, Buffalo, NY 14221-4800 |
| 519875384 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 20:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519875385 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 11 2024 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519885405 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 11 2024 20:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519875386 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2024 20:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519875387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 21:02:19 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519875388 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2024 20:43:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 519875389 | ^ | MEBN | Jan 11 2024 20:42:21 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 519875390 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2024 20:42:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 519924245 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 11 2024 21:02:17 | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29550 Mail Code AZ2-0100, Phoenix, AZ 85038 |
| 519922191 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 11 2024 20:42:00 | JPMorgan Chase Bank, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519875391 | ^ | MEBN | Jan 11 2024 20:41:54 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519875392 | + | Email/Text: bankruptcies@libertymutual.com | Jan 11 2024 20:42:00 | Liberty Mutual Insurance, PO Box 2051, Keene, NH 03431-7051 |
| 519911866 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2024 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519937566 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2024 20:42:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519875394 | + | Email/Text: bnc@nordstrom.com | Jan 11 2024 20:42:07 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519913037 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2024 20:41:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519875395 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2024 20:41:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519875397 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 11 2024 20:41:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 519875399 | | Email/Text: bankruptcy@td.com | Jan 11 2024 20:42:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519889097 | ^ | MEBN | Jan 11 2024 20:41:33 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519910279 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2024 20:42:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519896016 | *+ | ACAR Leasing Ltd. /d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2024        Signature:        /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: plncf13 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor JPMorgan Chase Bank N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Gail D. Aherne-Miller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6