| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Gail D. Aherne-Miller<br><br><br><br>Debtor(s) | Case No.: 23-12562 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/17/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  4/17/2024                                                                                     /s/  Kierstyn Buchanan

                                                                                                                   Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Gail D. Aherne-Miller<br>191 Silverside Ave<br>Little Silver, NJ   07739 | Debtor(s) | Regular Mail |
| Lee M. Perlman, Esq.<br>1926 Greentree Rd.<br>Suite 100<br>Cherry Hill,  NJ   08003-1100 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |