Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−12562−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail D. Aherne−Miller
   aka Gail Diane Miller, aka Gail D. Miller
   191 Silverside Ave
   Little Silver, NJ 07739

Social Security No.:
   xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/2/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 2, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 23-12562-MBK
Gail D. Aherne-Miller                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                              Page 1 of 3
Date Rcvd: May 02, 2024              Form ID: 148                             Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Aherne-Miller, 191 Silverside Ave, Little Silver, NJ 07739-1752 |
| 519875393 | + | LTD Financial Services, 3200 Wilcrest Ste 600, Houston, TX 77042-6000 |
| 519875396 | + | Robert M. Miller, 1627 Rt. 517, Suite 328, Hackettstown, NJ 07840-2718 |
| 519875398 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519884583 | + | EDI: PHINAMERI.COM | May 03 2024 00:24:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519875383 | + | EDI: LCIICSYSTEM | May 03 2024 00:24:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519875382 | + | Email/Text: customercare@adminrecovery.com | May 02 2024 20:45:00 | Admin Recovery, LLC, 6225 Sheridan Drive, Ste 118, Buffalo, NY 14221-4800 |
| 519875384 | + | EDI: PHINAMERI.COM | May 03 2024 00:24:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519875385 | + | EDI: BANKAMER | May 03 2024 00:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519885405 | | EDI: BANKAMER | May 03 2024 00:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519875386 | + | EDI: TSYS2 | May 03 2024 00:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519875387 | + | EDI: CAPITALONE.COM | May 03 2024 00:24:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519875388 | + | EDI: CCS.COM | May 03 2024 00:24:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 519875389 | ^ | MEBN | May 02 2024 20:35:53 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 519875390 | | EDI: IRS.COM | May 03 2024 00:24:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: 148 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 519924245 | | EDI: JPMORGANCHASE | May 03 2024 00:24:00 | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29550 Mail Code AZ2-0100, Phoenix, AZ 85038 |
| 519922191 | + | Email/Text: ecfbnc@aldridgepite.com | May 02 2024 20:43:00 | JPMorgan Chase Bank, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519875391 | ^ | MEBN | May 02 2024 20:36:09 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519875392 | + | Email/Text: bankruptcies@libertymutual.com | May 02 2024 20:44:00 | Liberty Mutual Insurance, PO Box 2051, Keene, NH 03431-7051 |
| 519911866 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2024 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519937566 | + | EDI: JEFFERSONCAP.COM | May 03 2024 00:24:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519875394 | + | Email/Text: bnc@nordstrom.com | May 02 2024 20:43:49 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519913037 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2024 20:42:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519875395 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2024 20:42:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519875397 | + | Email/Text: bankruptcy@rubinrothman.com | May 02 2024 20:43:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 519875399 | | EDI: TDBANKNORTH.COM | May 03 2024 00:24:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519889097 | ^ | MEBN | May 02 2024 20:35:37 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519910279 | | EDI: USBANKARS.COM | May 03 2024 00:24:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519896016 | *+ | ACAR Leasing Ltd. /d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2024         Signature:      /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 02, 2024 | Form ID: 148 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor JPMorgan Chase Bank  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Gail D. Aherne-Miller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6